**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

QUANISHA TIERA JOHNSON,

  Plaintiff,

v.

INFOMART, INC.,

  Defendant.

                               /

CASE NO.: 1:24-cv-04982-SDG-JKL

## <ins>NOTICE OF SETTLEMENT AS TO DEFENDANT,</ins> <ins>INFOMART, INC.</ins>

COMES NOW Plaintiff, QUANISHA TIERA JOHNSON, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, INFOMART, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of November, 2024.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963

1

Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*

2